| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Texas General Hospital - VZRMC, LP** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-5638227** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**13110 N Central Expressway**<br>**Suite 150**<br>**Dallas, TX 75243**<br>Number, Street, City, State & ZIP Code<br><br>**Dallas**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**707 North Waldrip Street Grand Saline, TX 75140**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Texas General Hospital - VZRMC, LP**           Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Texas General Hospital - VZRMC, LP**                                    Case number (*if known*)
       Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Texas General Hospital - VZRMC, LP**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 16, 2019**
MM / DD / YYYY

X **/s/ Dr Amir Qureshi**
Signature of authorized representative of debtor

**Dr Amir Qureshi**
Printed name

Title   **Managing Member of General Partner**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**
Signature of attorney for debtor

Date **October 16, 2019**
MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road
Suite 100
Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**     Email address  **eric@ealpc.com**

**12338110 TX**
Bar number and State

Revised 12/1/2009     LBR Appendix 1007-b-6

# United States Bankruptcy Court
### Eastern District of Texas

In re   **Texas General Hospital - VZRMC, LP**     Case No. _____

Debtor(s)     Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 16, 2019**     **/s/ Dr Amir Qureshi**
   **Dr Amir Qureshi**/**Managing Member of General Partner**
   Signer/Title

ADAM GUTIERREZ
413 Starboard Dr
GUN BARREL CITY, TX 75156

AESTO HEALTH

Airgas USA, LLC
4122 W. US Highway 80
Terrell, TX 75160-6070

ALSCO
PO Box 8829
Shreveport, LA 71148-8829

AMBER ALEXANDER
406 TARA LANE
TROUP, TX 75789

AMBER BURNETT
115 N. MAIN ST
YANTIS, TX 75497

American Fire Protection Group Inc
12440 Highway 155 South
Suite 1A Tyler, TX 75703

ANGELA SIRMANS
3758 CR 1712
GRAND SALINE, TX 75140

Arkansas Spine

Armstrong Archives, LLC
Bernard E. Zwillenberg
PO Box 670342
Dallas, TX 75367

BioMed
555 N. 5th ST Suite 109
Garland, TX 75040

BRAD VANDERBILT
3112 VZCR 4416
CANTON, TX 75103

Branum PLLC
6301 Gaston Ave #560
Dallas, TX 75214

BRENTON DANIELS
1104 VZCR 1918
FRUITVALE, TX 75127

CANDI SEAGER
201 Private Road 5819
GRAND SALINE, TX 75140

Capstone Health Care
520 Central Pkwy E #118
Plano, TX 75074

Carter Blood Care
2205 Highway 121
BedFord, TX 76021

CASSIE THOMPSON
11792 Hwy 80
FRUITVALE, TX 75127

Center Point
PO Box 2628
Houston, TX 77252-2628

CHARLENE GUTHRIE
15476 FM 2728
TERRELL, TX 75161

Chip Miller Plumbering
PO Box 110 Wills
Point, TX 75169

CHRISTY SELLERS
103 HENRY IV TERRACE
MABANK, TX 75156

City of Grand Saline
132 E Frank St
Grand Saline, TX 75140

Clinical Pathology Lab
3910 Brookside Drive Suite 200
Tyler, TX 75701

Coca Cola
14185 Dallas Pkwy # 1400
Dallas, TX 75254

Cozby German Hospital
707 N Waldrip St
Grand Saline, TX 75140

DARLA SMITH
1132 WADE LANE
GREENVILLE, TX 75402

DEBORAH OWENS
303 VZCR 1823
GRAND SALINE, TX 75140

Detail Imaging
3185 NW FEDERAL Hwy
Jensen Beach, FL 34957

DONNA R WOOD
507 Laura Dr
Edgewood, TX 75117

ECO LAB
PO Box 70343
Chicago, IL 60673

Emelda Valcarcel


Excel Staffing
PO Box 1281
Whitehouse, TX 75791

Explore Advertising


Fire Protection


Firetol
2314-C Anthony Drive
Tyler, TX 75701

Frontier
PO Box 740407
Cincinnati OH 45274-0407

GARY PUTNAM
512 W. Briar Sq
Overton, TX 75684

Gas & Supply
1677 S US Hwy 69
Kineola, TX 75773

Gaziani Law Frim
555 Republic Dr
Plano, TX 75074

GORDON YATES
Po Box 8141
TYLER, TX 75711

GREGORY SEAGER
201 Private Road 5819
GRAND SALINE, TX 75140

HAILI GEORGE
570 CR 2353
MINEOLA, TX 75773

Health.edu
Preston Smith Library, Suite 165
3601 4th ST MS 7755
Lubbock, TX 79430

HEIDI DUGAN
4242 VZCR 1701
GRAND SALINE, TX 75140

Impact Financial
12890 Hillcrest # 105
Dallas, TX 75320-1859

JEAN A. PRESSWOOD
698 VZCR 1205
Canton, TX 75103

JENNIFER VANDERBILT
3112 VZCR 4416
CANTON, TX 75103

JERRY FRANZEN
149 PR 6125
QUITMAN, TX 75783

JODI OWENS
422 PR 5090
FRUITVALE, TX 75127

KAITLIN F. KLINE
2604 VZCR 1701
GRAND SALINE, TX 75140

KASEY CAMPBELL
175 VZCR 1816
GRAND SALINE, TX 75140

KATELIN FREE
645 FM 1255
GRAND SALINE, TX 75140

KATELYN CHENNAULT
1063 VZCR
FRUITVALE, TX 75127

KATIE BENNETT
1527 VZCR 3103
EDGEWOOD, TX 75117

KIM MORGAN
10450 FM 346 E
WHITEHOUSE, TX 75791

KIMBERLY RAGLIN
511 W OHARA
GRAND SALINE, TX 75140

KIMBERLY STRALOW
Po Box 345
Malakoff, TX 75148

KRISTIN CHAMBERS
2654 STATE HWY 198
CANTON, TX 75103

Landauer
PO Box 809051
Chicago, IL 60680

LINDA DRAPER
7981 N US HWY 69
ALBA, TX 75410

MACEY GOTHARD
519 Clearwater Rd
GRAND SALINE, TX 75140

MAHMOUD A. MOSTAFA
469 K AVENUE #3622
PLANO, TX 75074

MARGARET SMITH
2510 VZCR 1508
VAN, TX 75790

MARSHA CHENNAULT
2410 FM 17
GRAND SALINE, TX 75140

Means Home Centre
1912 W Frank St
Grand Saline, TX 75140

MICHAEL SITTON
1196 Vzcr 1116
FRUITVALE, TX 75127

MISHEA TURNER
166 S FM 14
QUITMAN, TX 75783

My Shredit

NANCY AKINS
1636 VZCR 1222
GRAND SALINE, TX 75140

Neal Steinbrecher
DFW Dietary Consultants
2217 Golden Gate Circle
Bedford, TX 76021

Neil

NEIL SHEFFIELD
1504 Rcr 3500
Emory, TX 75440

Niaz Farhat
1320 Veloce Drive
Plano, TX 75074

NIAZ FARHAT
4225 CRESTFIELD DR
RICHARDSON, TX 75082

Olympus

PAMELA DIANE SITTON
1196 Vzcr 1116
FRUITVALE, TX 75127

PENNY LEE TIMMONS
110 Vzcr 4702
Ben Wheeler, TX 75754

Peoples

Piney Wood Regional

Press Ganey
PO Box 88335
Milwaukee, WI 53288-0335

Prista Corporation
6500 River Place Blvd., Bldg 7
Suite 250
Austin, TX 78730

REBECCA BENNETT
9075 HOMESTEAD LANE
FORNEY, TX 75126

REGAN GOFF
23886 Cr 458
Mineola, TX 75773

REVIS PERNELL
1107 Jordan
GRAND SALINE, TX 75140

Rhino MDs
21175 Tomball Parkway #504
Houston, TX 77070

RHONDA BOWLING
9891 CHEROKEE TRAIL
QUINLAN, TX 75474

RHONDA MOORE
810 W High Street
GRAND SALINE, TX 75140

RONDA POTTER
4240 VZCR 1810
FRUITVALE, TX 75127

RxPro Staffing
4106 Coachman Lane
Colleyville, TX 76034

SABRINA COUCH
839 W MAIN ST
VAN, TX 75790

SAMUEL CARVER
7981 N US HWY 69
ALBA, TX 75410

SHERI   KINSTLEY
708 WIGLEY
Mineola, TX 75773

Simon Taylor Medical Billing


STEPHANIE KEY
500 Vzcr 1710
GRAND SALINE, TX 75140

STEPHANIE SHORTRIDGE
2501 VZCR 3501
WILLS POINT, TX 75169

Stericycle Inc
4010 Commercial Ave
Northbrook, IL 60062

Sudden Link

SYLVIA SIRMANS
3768 Cr 1712
GRAND SALINE, TX 75140

TAMMY BLACKLOCK
2499 VZCR 3605
EDGEWOOD, TX 75117

TAMMY SPEARS
15377 FM 17
CANTON, TX 75103

Texas Medicaid & Healthcare Partnership
12357 - B Riata Trace Parkway
Austin, TX 78727

Touch Point Medical


USARAD
2601 E Oakland Park Blvd #102
Fort Lauderdale, FL 33306

Van Zandt News
103 E Tyler St
Canton, TX 75103

VANDENBROEKE M. DAWN
16659 CR 1160
FLINT, TX 75762

Versacor
PO Box 93809
Southlake, TX 76092-0117

WAYNE KELLEY
107 Glenlain
GRAND SALINE, TX 75140

Web Host Agents


Wellness & Care Physicians
21175 Tomball Parkway #504
Houston, TX 77070